(126 So. 518)

No. 30411.

**STATE of Louisiana v. Lonnie JULIAN.**

Feb. 3, 1930.

Thomas W. Robertson, of Shreveport, for relator.

C. B. Prothro, Asst. City Atty., of Shreveport, for respondent.

ROGERS, J. The issue presented in this proceeding is similar to the one presented in City of Shreveport v. Rambo, 125 So. 625,[1] recently decided. On the authority of that decision, relator is entitled to the relief prayed for.

For the reasons assigned, the respondent judge is ordered to allow relator to file his motion to quash, and, in due course, to hear and dispose of the issue raised on the motion.

